WESTCHESTER TRUST COMPANY, Respondent, *v.* MORRIS GUTERMAN, Defendant, and LOUIS HARRISON, Appellant.

Submitted May 24, 1937; decided June 1, 1937.

*John Preston Phillips* for motion.
*Ulysses S. Adler* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking and pays ten dollars costs within ten days, in which event the motion is denied.